# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK L. HOLLOMAN,** : | |
| Petitioner : | |
| : | CIVIL ACTION NO. 3:18-0130 |
| v. : | |
| : | (Judge Mannion) |
| **WARDEN R.A. PERDUE,** : | |
| Respondent : | |

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: August 13, 2019**
18-0130-01-ORDER